IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

José L. Ortíz-Roche
_____
Full name of plaintiff
*Nombre completo del demandante*

v.

Physician Correctional Corp.
_____

_____

_____

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
23-cv-1215  2023 MAY 3 AM 9:41
FAB

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        ( ) Yes *(Sí)*                    (✓) No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)* _____

   Defendant(s)      N/A
   *Demandado(s)* _____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____ N/A _____

3. Docket number.                N/A
   *Número asignado.* _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____ N/A _____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*
   _____ N/A _____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*
   _____ N/A _____

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____ N/A _____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (✓) Yes *(Sí)*                    ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (✓) Yes *(Sí)*                    ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         I filled a grivance form stating my health issues. Wrote letters to the health care provider: Physician Correctional.

      2. What was the result?
         *¿Cuál fue el resultado?*

         Some were dismissed, and others were never answered. The problems persisted.

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      _____ N/A _____

42:1983                                -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

( ) Yes *(Sí)*      ( ) No      N/A

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

_____
N/A

2. What was the result?
*¿Cuál fue el resultado?*

_____
N/A

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
*Nombre del demandante* JOSÉ L. ORTIZ - ROCHÉ

Address
*Dirección* Complex 501, Section: 1-B
Road 5, Ind. Luchetti Park
Bayamón, Puerto Rico. 00961-7403.

42:1983                                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B.  Defendant
    *Demandado*    PHYSICIAN CORRECTIONAL
                   DR. RAÚL VILLALOBOS
    is employed as
    *está empleado como*   PRESIDENT

    at
    *en*   is THE general Health CARE Provider
           To All Penal INSTITUTIONS.

IV. Statement of Claim.
    *Relación de Hechos.*

State here, as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los <u>hechos</u> del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

I BEEN IN CONFINEMENT SINCE 2016. AND I SUFFER FROM MANY Health Conditions, Among Them: A Neurological Condition SEVERE, Called: "CRANEOPLASTIA." THIS CONDITION CAUSES CONVULSIONS, FAINTING, (EPILEPTIC like SYMPTOMS), I REQUIRE THE CARE OF A NEUROLOGIST, FOR WHICH I HAVE NOT SEEN ONE SINCE 2018, APPROXIMATELY; EVERSINCE PHYSICIAN CORRECTIONAL TOOK OVER THE 42:1983 Health Care SERVICES IN 2019, I BEEN Requesting TO SEE A SPECIALIST, (WHICH IS REQUIRED BY MY CONDITION), IN MY CASE A NEUROLOGIST.

The appropriate Bad Medical Professionals to see a specialist regarding these issue. More than 18 times I had convulsions for lack of proper medications and evaluations. All as a result of the lack of proper medical service. As the result of this situation my health is being aggravated and I begin to suffer from disbalance, hearing difficulty and slurch speech.

V. Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

To grant Injunctive Relief as Mandatory and to grant Compensatory Damage Relief for amount of $250,000 (Two Hundred and Fifty Thousand.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __24__ day of __April__ of __2023__.
         *(día)*              *(mes)*            *(año)*

José L. Ortiz Roche
Plaintiff's signature
*Firma del demandante*

42:1983                    -6-