

José L. Ortíz Roché
Complejo 501, Sección: 1-B
Carretera 5, Ind. Luchetti Park
Bayamón, Puerto Rico, 00961-7403

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 1 PM 4:50

United States District Court
For The District Of Puerto Rico

Room 150, Federal Bldng.
San Juan, Puerto Rico 00918-1767

23-CV-1215
FAB

2023 MAY 3 AM 9:42
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

Legal Mail

Privileged