

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE CORRECCIÓN Y REHABILITACIÓN

*División de Remedios Administrativos*
*Región Norte*

1 de junio de 2023

Sra. Dámaris Robles Domínguez
Coordinador Regional
División de Remedios Administrativos
Departamento de Corrección y Rehabilitación

Sra. Carmen Montañez Martínez
Evaluador División de Remedios Administrativos
Bayamón 1072

### CERTIFICACIÓN NEGATIVA DE REMEDIOS ADMINISTRATIVOS

Se envía Certificación Negativa solicitada el 1 de junio de 2023, del miembro de la población correccional **Ortiz Roche, Jose L**, quien se encuentra ingresado en la Institución Correccional Bayamón 501. Luego de una búsqueda exhaustiva en nuestros archivos de la División de Remedios Administrativos de la Oficina de Bayamón certificamos que el confinado *no radico* solicitudes de Remedios Administrativos referente a:

- *Solicita un neurólogo ante padecimiento de "craneoplastia"*

Certifico en calidad de Evaluador lo antes mencionado.