[CERTIFIED TRANSLATION]

[logo: GOVERNMENT OF PUERTO RICO]

# GOVERNMENT OF PUERTO RICO
### DEPARTMENT OF CORRECTIONS AND REHABILITATION

June 1, 2023

Ms. Nancy Morales Montalvo
Assistant Administrator
Legal Division
Physician Correctional

Re:  José L. Ortiz Roche
**Member of the Correctional Population**
**Case Number: 23-cv-1215FAB**

## NEGATIVE CERTIFICATE

We are submitting a certificate dated June 1, 2023, issued by Ms. Carmen Montañez Martinez, evaluator, Bayamón Office, certifying that, after a thorough search in the records of the Bayamón Administrative Remedies Division, there is no evidence that the member of the correctional population "Ortiz Roche, José L." has filed a request for administrative remedies regarding a request for a neurologist due to a "*craneoplatía*" [sic] ailment.

We are at your service should you need any additional information.

Sincerely,

[illegible signature]
Dámaris Robles Domínguez
Coordinator
Administrative Remedies Section

---

**CERTIFICATE OF TRANSLATION INTO ENGLISH**

I, Miriam R. García, a federally-certified court interpreter and professional translator, do HEREBY CERTIFY that I have personally translated the foregoing document and that it is a true and accurate translation to the best of my knowledge and abilities.

Today, June 22, 2023.

[signature]
Miriam R. García
ATABEX TRANSLATION SPECIALISTS, Inc.
P.O. Box 195044, San Juan, PR 00919-5044

---

Unauthorized changes to the translation or changes not approved in advance by Atabex will invalidate the translation in full and release Atabex with respect to the certification.