

26 de mayo de 2023

**Resumen Medico**

| | | |
|---|---|---|
| Nombre | : | Jose L. Ortiz Roche |
| Fecha de nacimiento | : | 10/21/1963 |
| Expediente Medico | : | 093516 |

Paciente masculino de 59 años de edad con historial de Epilepsia; este se encuentra en el siguiente tratamiento:

**-Gabapentin 600mg 1 capsula por boca 3 veces al día**

**-Keppra 250mg 1 tableta por boca 2 veces al dia**

**-Keppra 500mg 1 tableta por boca 3 veces al dia**

Fue evaluado por Médico Internista el 05/23/2023, y referido a Sala de Emergencia, Centro Medico Correccional; por sospechar que estaba sufriendo un stroke (Derrame Cerebral). Evaluado por médico de Sala de Emergencia, Centro Medico Correccional y dejado en observación. El 05/24/2023, rehusó continuar en observación alegando sentirse bien. **Evaluado en clínica de Optometría 04/14/2023 y en Ortopedia 05/05/2023.** Referido a la clínica de Pneurología 05/23/2023, para evaluación y manejo.

Preparado por: _____
Dr. Marcos E. Devarie Díaz
Director Servicios Clínicos
Complejo Correccional Bayamón

**CONFIDENTIAL**