IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| José L. Ortiz-Roche,<br>Plaintiff,<br><br>v.<br><br>Physician Correctional Corp.<br>Defendant. | Civil No. 23-1215 (GLS) |

## MINUTES

A Status and Settlement Conference was held today, February 5, 2024, before U.S. Magistrate Judge Giselle López-Soler beginning at 9:35 a.m. and concluding at 10:00 a.m. The parties were represented by their respective counsel: for Plaintiff, Mayra Vicil-Bernier and for Defendant, Edgar Vega-Pabón.

The parties informed the Court as to the status of discovery. Plaintiff sought leave to amend the Complaint. Defendant consented. Plaintiff is to file the Amended Complaint **by February 6, 2024**. Additionally, counsel for Plaintiff informed that Plaintiff will be released from state prison on March 18, 2024. As such, Plaintiff is to file an informative motion on **March 19, 2024**, informing whether Plaintiff was released and if, consequently, the injunctive relief requested in the complaint is now moot.

As to discovery, Plaintiff's counsel informed that Defendant provided Plaintiff's 2023 medical records, thus rendering moot the Motion Requesting Order for Subpoena of Documents at Docket No. 64. The following deadlines were established:

| | |
|---|---|
| February 19, 2024 | Rule 26 Disclosures |
| May 6, 2024 | Status Conference at 4:00 p.m. via VTC |
| June 6, 2024 | Conclusion of Discovery |
| August 16, 2024 | Dispositive Motions |
| April 7, 2025 | Joint Proposed Pretrial Order |
| April 21, 2025 | Pretrial and Settlement Conference at 9:00 a.m. in GLS Chambers |

Plaintiff sent Defendant a settlement demand on December 6, 2023. Defendant will respond to the demand by **February 20, 2024**. The parties will file a Joint Informative Motion regarding settlement negotiations by **February 27, 2024**.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 5th day of February 2024.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge